IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| FERMIN PILLCOREMA SAICO, | ) |
| aka FERMIN O. PILLCOREMA-SAICO, | ) |
| FERMIN O. PILLCOREMA, | ) |
| FERMIN O. SAICO | ) |
| | ) |
| Defendants. | ) |
| _____ | ) |

## COMPLAINT

The United States of America, at the direction of a delegate of the Attorney General and with the authorization of a delegate of the Secretary of the Treasury, pursuant to 26 U.S.C. § 7401, brings this civil action to reduce to judgment unpaid federal tax liabilities owed by Fermin Pillcorema Saico, aka Fermin O. Pillcorema-Saico, Fermin O. Pillcorema, Fermin O. Saico ("Fermin Pillcorema Saico"). For its complaint, the United States alleges as follows:

### JURISDICTION AND PARTIES

1.      The district court has jurisdiction pursuant to 26 U.S.C. §§ 7401 and 7402(a), and 28 U.S.C. §§ 1331, 1340, and 1345.

2.      The defendant Fermin Pillcorema Saico resides in, and the income tax liabilities at issue accrued in, Columbus, Ohio, within the jurisdiction of this Court.

### Claim Against Defendant to Reduce Income Tax Liabilities to Judgment

3.      A delegate of the Secretary of the Treasury made assessments against Fermin Pillcorema Saico for income taxes and associated civil penalties for the periods, on the dates, and

in the amounts described below. These liabilities have balances due as of November 9, 2020, including assessed and accrued late-filing and late-payment penalties under 26 U.S.C. § 6651, costs, and statutory interest, and after applying any abatements, payments, and credits, as follows:

| Tax Period Ending | Assessment Date | Assessment Type | Amount Assessed | Balance Due 11/09/2020 |
|---|---|---|---|---|
| 12/31/2004 | 11/22/2010 | Tax | $30,865.00 | $86,485.13 |
| 12/31/2006 | 11/22/2010 | Tax | $22,112.00 | $58,076.99 |
| 12/31/2008 | 03/14/2011 | Tax | $13,627.00 | $26,491.83 |
| 12/31/2009 | 04/04/2016 | Tax | $1,272.00 | $2,760.80 |
| 12/31/2010 | 11/18/2013 | Tax | $41,431.00 | $12,488.96 |
| 12/31/2011 | 11/18/2013 | Tax | $54,252.00 | $9,290.56 |
| 12/31/2012 | 04/04/2016 | Tax | $10,541.00 | $20,651.02 |
| 12/31/2013 | 04/04/2016 | Tax | $11,597.00 | $22,103.07 |
| 12/31/2014 | 07/11/2016 | Tax | $16,574.00 | $30,596.63 |
| **Total** | | | | **$268,944.99** |

4.      Notice of the liabilities described in paragraph 3 was given to, and payment demanded from, Fermin Pillcorema Saico.

5.      Despite proper notice and demand, Fermin Pillcorema Saico failed, neglected, or refused to fully pay the liabilities, and after the application of all abatements, payments, and credits, he remains liable to the United States in the amount of $268,944.99, plus statutory additions and interest accruing from and after November 9, 2020.

6.      Fermini Pillcorema Saico submitted a request for an installment agreement pursuant to 26 U.S.C. § 6159 for the income tax years ending December 31, 2004 and December 31, 2006. For Tax Year 2004, the installment agreement was established on August 4, 2016 and ended on September 4, 2017. For Tax Year 2006, the installment agreement was established on August 4, 2016 and ended on May 10, 2018.

2

7.      Although a proceeding in court must generally be commenced within ten years after the assessment of a tax, this action has been timely commenced under 26 U.S.C. § 6502 because the statute of limitations was tolled pursuant to 26 U.S.C. § 6331(k) for the income tax periods ending December 31, 2004 and December 31, 2006.

WHEREFORE, the plaintiff United States of America requests the following relief:

A.      Judgment against the defendant Fermin Pillcorema Saico, for income tax liabilities for the tax years ending December 31, 2004, 2006, 2008-2014, and penalties, in the amount of $268,944.99, plus statutory additions and interest accruing from and after November 9, 2020, including interest pursuant to 26 U.S.C. §§ 6601, 6621, and 28 U.S.C. § 1961(c); and,

B.      An order that the United States of America recover its costs and such other and further relief as the Court determines is just and proper.

Respectfully submitted,

RICHARD E. ZUCKERMAN
Principal Deputy Assistant General
Tax Division, U.S. Department of Justice

*/s/ Julia M. Glen*
JULIA M. GLEN
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 55
Washington, D.C. 20044-0055
202-598-3280 (v)
202-514-5238 (f)
Julia.M.Glen@usdoj.gov

Of Counsel:

DAVID DeVILLERS
United States Attorney

3